**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARIAN DINAPOLI d/b/a ARI FAMILY DENTAL, ) ) ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 18-cv-10776 |
| YELP INC., ) ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Yelp Inc. states that it has no parent company and no public company owns more than 10% of Yelp Inc.

Respectfully submitted,

YELP INC.

By its attorneys,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO #647438)
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, Massachusetts 02110
Tel.: (617) 456-8000
Fax: (617) 456-8100

Aaron Schur, *Of Counsel*
Nicolette Martz, *Of Counsel*
aschur@yelp.com
nmartz@yelp.com
YELP INC.
140 New Montgomery St.
San Francisco, CA 94105
Tel.: (415) 908-3801

Dated: April 23, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, and I hereby certify that I have served the foregoing by United States mail on the below-listed counsel who has not yet entered an appearance in this Court:

David C. Farrell, Esq.
The Cohen Law Group
500 Commercial Street, Suite 4R
Boston, MA 02109

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle