# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARIAN DINAPOLI d/b/a<br>ARI FAMILY DENTAL,<br><br>      Plaintiff,<br><br>v.<br><br>YELP INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 18-cv-10776<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF VINCE SOLLITTO

I, Vince Sollitto, hereby depose and state as follows:

1.     I am Senior Vice President for Communications and Public Affairs at Yelp Inc. ("Yelp"). I make this affidavit on personal knowledge in support of Yelp Inc.'s Special Motion to Strike and Motion to Dismiss. Where appropriate, I have relied on records prepared and maintained by Yelp in the normal course of its business.

2.     As part of my job responsibilities, I develop communications from Yelp regarding its services and policy positions, including communications about Yelp's review system, its service offerings, and its efforts to address the problem of unreliable reviews. I have been employed at Yelp since April 2009. As such, I am intimately familiar with the services and functioning of the Yelp site.

3.     Yelp, founded in 2004, owns and operates Yelp.com, a popular social networking and search website, and related mobile applications (collectively, the "Site") for users to share information about their communities. The Site, among other things, provides and publishes a forum for members of the public to read and write reviews about local businesses, services, and

other entities including non-profits and government agencies. Yelp was born out of a belief that the best source for information about a local community is from the community members themselves, and that, prior to Yelp, it was all but impossible to broadly tap into the knowledge of the local community. The Site helps the public make more informed choices about local businesses and activities.

      4.      The Site is made available to the public at no charge and without any registration requirement. Those who choose to register (by creating an account, which requires only providing a name, zip code, and a functional e-mail address, and agreement to Yelp's Terms of Service and Privacy Policy) can write reviews, submit photos, and have access to a broader range of features on the Site, such as message boards and communication tools and other free services. For example, Yelp's registered users can write reviews about schools, dentists, child care providers, restaurants, charitable organizations, and places of worship—to name just a few categories. Such reviews can be read by tens of millions of other users when making a wide range of consumer and other decisions. Registered users can also comment on message boards about a variety of topics, and share information about upcoming events in their area. Yelp does not charge users to register or use a Yelp account.

      5.      Reviews on Yelp are linked to the Yelp account profiles of their authors. A user can gauge the credibility and similarity of tastes of other users by viewing their Yelp account profiles, reading their reviews and assessing detailed statistics about their reviews, such as the number of positive or negative reviews written.

      6.      Businesses can also freely post public responses to the reviews that they receive on the Site, and privately contact Yelp reviewers through Yelp's messaging features. Yelp does not charge for these features.

7.      Yelp operates in the United States and in dozens of other countries. As of December 31, 2017, users had posted over 148 million reviews to Yelp's Site. As measured by Google Analytics, Yelp had an average of approximately 77 million monthly unique visitors accessing its Site through desktop computers and approximately 64 million unique visitors through its mobile website, on an average monthly basis, during the second quarter of 2017. During this time, Yelp also received about 29 million unique visitors through its mobile applications. A fact sheet disclosing these statistics, maintained by Yelp in the ordinary course of business, is attached as **Exhibit A**, and is publicly available on the Site at http://www.yelp.com/factsheet.

8.      Yelp users write reviews about businesses by logging in to the Site and entering their review into a freeform text box. Along with their reviews, users rate businesses on a scale of one to five stars. Yelp allows other users to vote on reviews as "funny," "useful," and/or "cool" and displays the vote tallies, if any, below each review. Yelp also allows users to delete or edit their reviews, or write review updates that appear alongside their original review.

9.      Attached as **Exhibit B** is an example of what a review drafting page looks like to a user. Exhibit B is a true and correct screenshot of relevant portions of a review drafting page for the Boston Common. Links to Yelp's Content Guidelines appear next to the freeform box where users of Yelp may enter their reviews.

10.     Attached as **Exhibit C** are examples of completed reviews visible on the Site. Exhibit C is a true and correct copy of the Yelp listing, with published reviews, of the Boston Common (available at https://www.yelp.com/biz/boston-common-boston).

11.     Reviews and ratings appear on the Yelp page of the reviewed business, as well as on the Yelp page of the review author. Any member of the public with access to the internet can

view these reviews, and any account holder who has registered (by providing a name, zip code, and functional email address) can post reviews. On the page of the business, Yelp combines star ratings provided by users to create an aggregate rating which is assigned to the business.

12. Reviews on Yelp are more often positive than negative. As shown on Exhibit A, as of December 31, 2017, 47% of reviews were five stars, 20% were four stars, 10% were three stars, 7% were two stars, and 16% were one star.  This information is publicized on the Site as follows:



13. Yelp also offers free accounts to businesses, which allow them to provide additional information about themselves, message reviewers publicly or privately, and view statistics about their Yelp page (such as how many people viewed their Yelp profile, or contacted them through Yelp's mobile applications). To access a free account, an existing business must "claim" it. Once a business representative does so, he or she may post public responses to reviews, which are placed directly below the review and are visible to any visitor to the Site. Through these features, Yelp encourages dialogue regarding local businesses and consumers.

14. Yelp is also a local search engine, which allows users to find businesses by entering search queries (like "plumbers" or "delicious chicken tacos" or "Episcopal Church") and specifying a geographic location (such as an address, city, or neighborhood).

15. To support its free services, Yelp sells advertising packages to enable businesses or service providers to promote their offerings on Yelp.com through the display of ads. To promote integrity and objectivity, and as stated on Yelp's website, Yelp advertisers cannot delete, change, or re-order ratings or reviews. Yelp's ads may incorporate content supplied by the advertising business, and/or review snippets and ratings supplied by Yelp's registered users.

16. Potentially unreliable user reviews are a concern for Yelp because they can undermine the usefulness of the Site to consumers, and they are a problem that Yelp constantly fights. Unreliable reviews take many forms and include positive reviews about a business written by friends or family members of the proprietor, or employees posing as unbiased consumers (a practice known as "astroturfing"). Unreliable reviews also include negative reviews that a competitor may write about a business. Unreliable reviews also include reviews that a business pays for, whether the individual reviewer has used that business's services or not. There has been substantial public discussion about the problem of unreliable online reviews.

17. In response to the problem of potentially unreliable user reviews, Yelp developed recommendation software in an effort to minimize their impact on consumers. The first iteration of Yelp's recommendation software (previously called the "review filter") came into existence in 2005, and Yelp has worked on improving it ever since then. Yelp has a team of engineers who are tasked with the ongoing development of improvements to the recommendation software.

18. Non-recommended reviews, meaning those the recommendation software determines to be of questionable reliability, do not count toward a business's aggregate star

rating on Yelp. Up to three non-recommended reviews are available on the main page of the business. Additionally, non-recommended reviews continue to appear on the reviewer's Yelp page, and appear on a special page of non-recommended reviews for the business. This non-recommended reviews page is accessible from the main business page through a link below the recommended reviews on the page. The recommendation software applies uniform rules, and Yelp's advertisers cannot affect how the software operates. The recommendation software does not favor advertisers or punish non-advertisers. The recommendation software runs on a daily basis, so the results can change day-to-day. For example, the software might pick up new information as time goes by that makes a reviewer seem more trustworthy, or the information Yelp has about a reviewer can grow stale. For this reason, it is common to see reviews go back and forth from being recommended to not recommended, or from not recommended to recommended, as the recommendation software continually updates based on the information available to it. Although the goal of Yelp's recommendation software is to categorize potentially unreliable reviews, Yelp does not publicly characterize any particular review, through the recommendation software or otherwise, as "reliable" or "unreliable."

19. The recommendation software has received significant media and governmental attention. Attached as **Exhibit D** are various news articles discussing the problem of unreliable reviews and Yelp's efforts to address them. Attached as **Exhibit E** is a press release from the office of the Attorney General of the State of New York, describing the problem of unreliable reviews and describing actions that office has taken to address the practice. This press release notes that the office's "investigation found that many consumer-review websites have implemented filters to detect and filter or delete fake reviews, with Yelp's being the most aggressive."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on this 10th day of May, 2018.

_____
Vince Sollitto

2949619.v1

CERTIFICATE OF SERVICE

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                                              /s/ *Jeffrey J. Pyle*
                                              Jeffrey J. Pyle