# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARIAN DINAPOLI d/b/a<br>ARI FAMILY DENTAL,<br><br>Plaintiff,<br><br>v.<br><br>YELP INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-cv-10776 |

## AFFIDAVIT OF JEFFREY PYLE

I, Jeffrey J. Pyle, hereby depose and state as follows:

1.     I am counsel to defendant Yelp Inc. ("Yelp"). I make this affidavit on personal knowledge, in support of Yelp Inc.'s Special Motion to Strike and Motion to Dismiss, to authenticate the document attached hereto as Exhibit 1.

2.     Attached hereto as Exhibit 1 are two screenshots of portions of the website of Ari Family Dental, http://www.arifamilydental.com/, which I accessed on April 30, 2018. The first page reflects the top of the homepage of the website, and the second page contains a section entitled "What our Patients Say" that can be accessed by scolling further down the homepage of the website.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jeffrey J. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle