# EXHIBIT 1

**1819 Centre Street**
**West Roxbury, MA 02132**

# ARI FAMILY DENTAL

**617-323-4444**

HOME | PATIENT INFORMATION | OFFICE TOUR | TREATMENTS | COSMETIC TREATMENTS | ABOUT US | CONTACT US

WHY US?

INSURANCE & FEES

INVISALIGN

SCHEDULE AN APPOINTMENT

# WHAT OUR PATIENTS SAY...

"Ari Dental is by far the best dentist I have ever come across! The environment when you walk in makes all the difference in the world. They are the most friendly practice I've ever been to, they genuinely care about your health and well being :)"

Tricia B.

"I find myself forgetting that I am at the dentist when visiting Ari Family Dental. This is probably because I feel more like a friend of the practice, than a patient. I feel very fortunate to have met these "friends", who take excellent care of my teeth."

Darryl M.

"Best Doctor ever!!! Great environment also. I went to do a root canal and a crown, both procedures went real smoothly. I will definitely recommend this dental office to anybody."

Ana R.

"Gentle, painless dentistry with relaxing hypnotic music playing in the background. This is a quiet family practice with one doctor only, and therefore NO busy waiting room and NO sounds of other patients being worked on simultaneously."

Debora B.

HOME   PATIENT INFORMATION   OFFICE TOUR   TREATMENTS   COSMETIC TREATMENTS   ABOUT US   CONTACT US

Reset Map

Ari Family Dental
1819 Centre Street
West Roxbury, MA 02132