UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAN DINAPOLI d/b/a ARI FAMILY DENTAL, <br> Plaintiff, <br><br> v. <br><br> YELP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. 1:18-cv-10776 <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE AND DISMISS AND PLAINTIFF'S CROSS-MOTION TO STRIKE**

Now Comes the Plaintiff, Dr. Arian DiNapoli d/b/a Ari Family Dental ("DiNapoli"), through undersigned counsel, and hereby opposes the Defendant's, Yelp, Inc. ("Yelp"), Special Motion to Strike and Dismiss, which exceeds the permissible scope of Fed. R. Civ. P. 12(b)(6) as provided in Fed. R. Civ. P. 12(d), by attaching three (3) premature affidavits. Plaintiff's supporting memorandum of law, attached hereto as Exhibit A, provides detailed justification for the Court's denial of Yelp's special motion to strike and dismiss.

Furthermore, despite defendant's Certification Pursuant to Local Rule 7.1 (Dkt. No. 6) at 2, Yelp in-fact failed to comply with LR 7.1, and DiNapoli respectfully seeks leave to amend the Complaint. See *Plaintiff's Motion for Leave to Amend Complaint*, attached hereto as Exhibit B.

WHEREFORE, plaintiff respectfully requests that the Court deny defendant's special motion to strike and dismiss, grant plaintiff leave to amend the Complaint, deem plaintiff's Proposed Amended Complaint filed, award plaintiff reasonable attorneys' fees and costs for defendant's failure to comply with Local Rule 7.1 before filing its baseless motion, and direct such further relief as the Court may reasonably deem appropriate under the circumstances.

Respectfully submitted,<br>
Plaintiff Arian Dinapoli,<br>
By his attorneys,<br>
THE COHEN LAW GROUP<br>
500 Commercial Street, Suite 4R<br>
Boston, MA  02109<br>
Tel: (617) 523-4552<br>
Fax: (617) 723-9211<br>
<br>
<u>/s/ David C. Farrell</u><br>
David C. Farrell; BBO# 693022<br>
E-mail: dave@cohenlawgroupboston.com

CERTIFICATE OF SERVICE

I, David C. Farrell, counsel for the plaintiff, hereby certify that I served a copy of the foregoing document upon Jeffrey J. Pyle, counsel for the defendant, via the CM/ECF system, this 14th day of May, 2018.

<u>/s/ David C. Farrell</u>