|   |   |   |
|---|---|---|
| ARIAN DINAPOLI d/b/a<br>ARI FAMILY DENTAL,<br><br>        Plaintiff,<br><br>v.<br><br>YELP INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-cv-10776 |

**SUPPLEMENTAL AFFIDAVIT OF IAN MACBEAN**
**(Leave to File Granted on July 19, 2018)**

I, Ian MacBean, hereby depose and state as follows:

1.    I am Director of User Operations at Yelp Inc. ("Yelp"). I make this supplemental affidavit on personal knowledge in support of Yelp Inc.'s Special Motion to Strike and Motion to Dismiss the Complaint of Arian DiNapoli d/b/a Ari Family Dental, and specifically to clarify issues that I understand were raised at the recent hearing concerning that Motion. Where appropriate, I have relied on records prepared and maintained by Yelp in the normal course of its business.

2.    As I stated in my previous affidavit in this matter, to create a business account and claim a business's page on Yelp's website, as Mr. DiNapoli did, a user goes to biz.yelp.com to complete an online registration form and electronically submit the form to Yelp. The online registration process for a user to claim a business listing states: "By clicking the button below, you represent that you have authority to claim this account on behalf of this business, and agree to Yelp's Terms of Service and Privacy Policy." The words "button below" refers to a red button underneath the text that takes the user to the next step in the registration process. The "Terms of

Service" text was in blue font and was hyperlinked such that if Mr. DiNapoli had clicked on the text, he would have been taken to the Yelp Terms of Service Agreement. Business users also must agree to the Terms of Service and Privacy Policy each time they log into their business accounts on Yelp.

3. While my previous affidavit included as Exhibit E a screenshot of what the online registration form currently looks like (and has looked like since mid-2016), in February of 2016 Mr. DiNapoli would have viewed an online registration form with additional fields of information for the user to enter—specifically, a first and last name, and a password, in addition to the user's email address. A true and correct copy of what this online registration form would have looked like in February 2016 is attached as Exhibit AA. The screenshot submitted as Exhibit E to my previous declaration, and the version of the registration form presented at the hearing as Exhibit 1, depict an iteration introduced later in 2016, which only had a field to input the user's email address. Apart from the additional fields for first name, last name, and password, the registration form in Exhibit AA is the same as those previously submitted, containing the same text, blue hyperlinks, and red button described in the previous paragraph, and with the same placement.

4. I understand that at the hearing, Mr. DiNapoli has raised the issue of how this process would have worked had he registered on his mobile device. First, I note that Yelp's records, which I have copied below, show that Mr. DiNapoli did <u>not</u> register for his Yelp business account through Yelp's mobile application for business owners (which we internally refer to as the "Biz App")—indeed, Yelp's records show that Mr. DiNapoli has never used Yelp's Biz App at all.

**User Accounts**

| User | Email | Claimed | Last Login Biz Site | Last active on Biz Site | Last active on Biz App |
|---|---|---|---|---|---|
| Arian DiNapoli | frontdesk@arifamilydental.com | 2 years ago | 5 months ago | 5 months ago | Never |

Therefore, the only way Mr. DiNapoli could have created his business account is through Yelp's business website, available at biz.yelp.com. Mr. DiNapoli could have accessed biz.yelp.com through a browser on his mobile phone, however, that website would have appeared substantially the same as described in paragraph 3. A true and correct copy of how biz.yelp.com appears through a mobile phone's browser today is attached as Exhibit BB, with the same elements of the online registration form, and placement of those elements, as are displayed on a desktop computer monitor. In February 2016, at the time Mr. DiNapoli created his business account, this would have looked the same, however, there would also have been fields for his first and last name, and a password, as I previously described in the paragraph 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of July, 2018.

_____
Ian MacBean

# Attachment AA

# yelp for Business Owners

Log In

## Create a free business user account for **Brgrbelly**

**First Name**

**Last Name**

**Email Address**

**Password**

Passwords must be at least 6 characters in length.

SHOW

By clicking the button below, you represent that you have authority to claim this account on behalf of this business, and agree to Yelp's Terms of Service and Privacy Policy.

**Continue**

Need help? **(877) 767-9357**

Already have a business user account?
Log in to claim.

# Attachment BB

