UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:18-cv-10776-FDS

| | |
|---|---|
| ARIAN DiNAPOLI, <br> d/b/a ARI FAMILY DENTAL <br> Plaintif <br> <br> VS. <br> <br> YELP INC. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

Please enter my appearance for the plaintiff Arian DiNapoli, d/b/a Ari Family Dental in the above matter.

/s/_____
Paul M. Glickman (BBO# 550480)
Glickman LLC
Faneuil Hall Marketplace
1 South Market Building, 4th Floor
Boston, MA 02109
(617) 399-7770

DATED: October 16, 2018

### CERTIFICATE OF SERVICE

I, hereby certify that on October 16, 2018, I served by first class mail the within Notice of Appearance upon Jeffrey Jackson Pyle, Esquire, Prince, Lobel Tye LLP, One International Place, Suite 3700, Boston, MA 02110.

/s/_____
Paul M. Glickman (BBO# 550480)