UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARIAN DINAPOLI d/b/a ARI FAMILY DENTAL, <br> Plaintiff, <br><br> v. <br><br> YELP, INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) <br><br> C.A. 1:18-cv-10776 |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF**

Now Comes undersigned counsel David C. Farrell and the Cohen Law Group and respectfully submit this notice of withdrawal as counsel for the plaintiff upon plaintiff's retention of successor counsel and successor counsel's notice of appearance in this matter.

Respectfully submitted,
THE COHEN LAW GROUP
500 Commercial Street, Suite 4R
Boston, MA 02109
Tel: (617) 523-4552
Fax: (617) 723-9211

/s/ David C. Farrell
David C. Farrell; BBO# 693022
E-mail: dave@cohenlawgroupboston.com

CERTIFICATE OF SERVICE

I, David C. Farrell, counsel for the plaintiff, hereby certify that I served a copy of the foregoing document upon the parties' counsel via the CM/ECF system this 31st day of October, 2018.

/s/ David C. Farrell

1