# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARIAN DINAPOLI d/b/a<br>ARI FAMILY DENTAL,<br><br>           Plaintiff,<br><br>v.<br><br>YELP INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-cv-10776 |

**DEFENDANT YELP INC.'S REPORT CONCERNING REFERRAL TO MEDIATION**

Pursuant to the Court's order at the Status Conference on Monday, November 19, 2018, defendant Yelp, Inc. hereby reports that it does not wish for the Court to refer the parties to mediation.

Respectfully Submitted,

YELP INC.

By its attorneys,

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO #647438)
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, Massachusetts 02110
Tel:  (617) 456-8018

Aaron Schur, *Of Counsel*
aschur@yelp.com
Nicolette Martz, *Of Counsel*
nmartz@yelp.com
YELP INC.
140 New Montgomery St.
San Francisco, CA 94105
Tel.: (415) 908-3801

3088642.v1

CERTIFICATE OF SERVICE

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

          /s/ *Jeffrey J. Pyle*
          Jeffrey J. Pyle