UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

| | |
|---|---|
| ARIAN DiNAPOLI, ) <br> d/b/a ARI FAMILY DENTAL ) <br>       Plaintiff ) <br> v. ) <br> YELP, INC. ) <br>       Defendant ) <br> _____) | Docket No. 1:18-cv-10776-FDS |

CERTIFICATE REGARDING MOTION TO DISMISS THE COMPLAINT

    I certify that pursuant to Local Rule 7.1, I conferred with counsel for defendant regarding the motion to dismiss and that we were unable to agree on the relief sought in this motion.

Dated: November 29, 2018

Respectfully submitted,
Plaintiff, Arian DiNapoli,
By his attorney,

/s/ Paul M. Glickman_____
Paul M. Glickman BBO No. 550840
Glickman LLC
One South Market Building, 4th Floor
Boston, MA 02109
(617) 399-7770
pmg@glickmanllc.com

CERTIFICATE OF SERVICE

    Paul M. Glickman certifies that on November 29, 2018, I served a copy of the foregoing together with the motion to dismiss the complaint upon the attorneys for defendant, via the CM/ECF system.

/s/ Paul M. Glickman_____